B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,
    Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

_____

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

_____

_____

Date: _____

_____
Debtor

*[Declaration as in Form 2]*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, Unliquidated disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Adagio Consulting Group, Inc. | Adagio Consulting Group, Inc. , Account Number: Defense Solutions, LLC<br>PO Box 3121<br>West Chester, PA 19380 | Computer Services | | 8,662 |
| CitiBank, N.A. | CitiBank, N.A.<br>Account Number: 9013535718<br>100 Citizens Dr. Bldg. 1 1st Floor<br>San Antonio, TX  78245 | Loan | | 53,106 |
| Citizens Bank | Citizens Bank<br>Account Number: 060-0001-8221596-0101-9000001<br>2001 Market Street<br>Philadelphia, PA 19103 | Loan | | 85,000 |
| 707 Eagleview Associates | 707 Eagleview Associates Account Number: DefenseS<br>707 Eagleview  Associates<br>PO Box 562<br>Exton, PA  19341 | Office Lease | | 15,638 |
| First National Bank of Chester County | FNB of Chester County Account Number:36001669<br>PO Box 628<br>West Chester, PA  19381<br>And its successor,<br>Susquehanna Bank,<br>PO Box 2010<br>Lititz, PA 17543-7010 | Furniture Lease | | 22,935 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, Unliquidated disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| First National Bank of Chester County | FNB of Chester County Account Number:005859301 PO Box 628 West Chester, PA  19381 And its successor, Susquehanna Bank, PO Box 2010 Lititz, PA 17543-7010 | Furniture Lease | | 38,631 |
| First National Bank of Chester County | FNB of Chester County Account Number: 6535921001 First National Bank of Chester County PO Box 628 West Chester, PA  19381 And its successor, Susquehanna Bank, PO Box 2010 Lititz, PA 17543-7010 | Loan | | 118,313 |
| Fox Rothchild LLP | Fox Rothchild LLP Account Number: 026059 2000 Market Streeet 10th Floor Philadelphia, PA  19103 | Legal Services | | 5,719 |
| Ohio Casualty | Ohio Casualty Account Number: 300583870 1701 Golf Road Rolling Meadows, IL 60008 | Insurance | | 2,391 |
| Robert P. Birmingham | Robert P. Birmingham Account Number: None 230 Kelsey Lynn Lane Huntsville, AL  35806 | Consulting Services | | 12,460 |
| Sovereign Bank | Sovereign Bank Account Number: 51989510 Attn: SB3 PM Dept 2 Morrissey Blvd. Dorchester, MA 02125 | Loan | | 104,270 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, Unliquidated disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Wachovia Bank | Wachovia Bank Account Number: 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-7 Wachovia Bank, Commercial Loan Services, PO Box 740502, Atlanta, GA 30374-0502 And its successor Wells Fargo Bank, NA Wells Fargo Bank N.A. PO Box 96074 Charlotte, NC 28296-0074 | Loan | | 204,269 |
| Wells Fargo Bank, NA | Wells Fargo Bank, NA Account Number: 4386 5522 3021 1399 And its successor Wells Fargo Bank, NA Wells Fargo Bank N.A. PO Box 96074 Charlotte, NC 28296-0074 | Loan | | 50,000 |
| XO Communications | XO Communications Account Number: 004000000029631 14239 Collections Center Dr. Chicago, IL  60693 | Computer Services | | 34,018 |